# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ricky R. Schuh, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Burleigh Morton Detention Center, et al., ) | Case No. 1:20-cv-142 |
| ) | |
| Defendants. ) | |

On June 16, 2022, plaintiff filed a what the construes as a motion to compel admissions from defendants. (Doc. No. 88). Plaintiffs' motion is premature as it remains to be seen whether all of plaintiff's claims against all of the named defendants will survive initial review. Plaintiff's motion (Doc. No. 88) is therefore **DENIED** without prejudice.

**IT IS SO ORDERED**.

Dated this 21st day of June, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court