# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ricky Schuh, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Burleigh Morton Detention Center, ) | |
| Sgt. Eric Howe, Chaplain Greg Carr, ) | |
| Sgt. Eva Burman, Lt. Jennifer Rewald, ) | |
| Officer Jeff Olson, Officer Cameron Bott, ) | Case No. 1:20-cv-142 |
| and Wyette Parisien. ) | |
| ) | |
| Defendants. ) | |

On June 8, 2022, plaintiff filed what the court construes as a request for the court to schedule a settlement conference. (Doc. No. 87). Given the present posture of this case, plaintiff's request is premature. The court has only recently completed its initial review of plaintiff's amended pleadings and ordered the Clerk's office to effectuate service on the remaining defendants. (Doc. No. 90). Accordingly, plaintiff's request (Doc. No. 87) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court