# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ricky R. Schuh, | ) |
| | ) |
| Plaintiff, | )   **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Burleigh County, Sgt. Eric Howe, | ) |
| Chaplain Greg Carr, Jeff Olson, Cameron | ) |
| Bott, Wyette Parisien, | )   Case No. 1:20-cv-142 |
| | ) |
| Defendants. | ) |

The court previously scheduled a status conference with parties on December 14, 2022, to discuss Plaintiff's concerns regarding disclosures and discovery. The court anticipates that the courthouse may be closed on December 14, 2022, due to inclement weather. Consequently, the court, on its own motion, shall reschedule the status conference for December 19, 2022, at 10:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court